# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| KENNETH B. HAGGINS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CV412-093 |
| | ) | |
| AL ST. LAWRENCE, | ) | |
| | ) | |
| Respondent. | ) | |

## REPORT AND RECOMMENDATION

Currently being prosecuted in state court for, *inter alia*, felony murder, *see* attached docket print-out, Kenneth B. Haggins petitions this court for habeas relief under 28 U.S.C. § 2241. Doc. 1.[1] He also moves for leave to proceed *in forma pauperis* (IFP) which, in light of his indigency, the Court **GRANTS**. Doc. 2. Haggins raises issues like the lack of probable cause to arrest him, the fact that no one believes his self-defense explanation, etcetera. He thus asks this Court to enjoin the state's prosecution. *Id.* at 9.

---

[1] Haggins is a repeat customer. *Haggins v. Young*, CV411-209 doc. 39 at 1 (S.D.Ga. filed Feb. 28, 2012) (describing his 42 U.S.C. § 1983 case brought to "jam-up" the same state criminal prosecution), *adopted*, doc. 45 (S.D. Ga. Apr. 4, 2012).

Haggins' § 2241 petition must be dismissed for lack of exhaustion.[2]

It is not enough to have pursued *pretrial* state court remedies, as

Haggins apparently seeks to demonstrate here. Doc. 1 at 12. Instead, he

must pursue post-trial state court remedies, too. *See supra* n. 2. For

that matter, the state court judge has scheduled a September 12, 2012

jury trial for him. *See* attach. at 1. If convicted, he may present all of the

claims raised here on his direct and collateral appeals there. *Garcon v.*

*Palm Beach Cnty. Sheriff's Office*, 291 F. App'x 225, 226 (11th Cir. 2008)

(such claims must be "properly brought during [the] criminal case and

---

[2] While the § 2241 statute does not contain an exhaustion requirement resembling that found in 28 U.S.C. § 2254, courts have adopted such a requirement for § 2241 petitions. *Thomas v. Crosby*, 371 F.3d 782, 812 (11th Cir. 2004) ("Among the most fundamental common law requirements of § 2241 is that petitioners must first exhaust their state court remedies.") (Tjoflat, concurring); *Montez v. McKinna*, 208 F.3d 862, 866 (10th Cir. 2000) ("A habeas petitioner is generally required to exhaust state remedies whether his action is brought under § 2241 or § 2254."). "[T]he [common law exhaustion] requirement was codified in 28 U.S.C. §2254(b), but the requirement applies to all habeas corpus actions." *Fain v. Duff*, 488 F.2d 218, 223 (5th Cir. 1974); *Moore v. DeYoung*, 515 F.2d 437, 442 (3d Cir. 1975) (finding that under principles of federalism, exhaustion is required before pretrial writ can be issued); *see Wilson v. Hickman*, 85 F. Supp. 2d 1378, 1380 (N.D. Ga. 2000).

A § 2241 petitioner, then, "must exhaust his state remedies by petitioning the highest court in the state in which he is being held 'when such review is part of the ordinary appellate review procedure' in that jurisdiction." *Jackson v. Walker*, 206 F. App'x 967, 968 (11th Cir. 2006) (quoting *Pope v. Rich*, 358 F.3d 852, 853 (11th Cir. 2004)). And "[b]ecause ordinary appellate procedure in Georgia authorizes habeas review in the Georgia Supreme Court, a petitioner must avail himself of that procedure before we will deem all state remedies to be exhausted." *Id.*

subsequent direct appeal, should [the § 2241 petitioner] choose to file one."); *Bure v. McNeil*, 2010 WL 717582 at *2 (S.D. Fla. Feb. 26, 2010). Afterwards, he may timely petition this Court under 28 U.S.C. § 2254. Accordingly, his § 2241 petition should be **DISMISSED** without prejudice so that he may exhaust his state remedies.

**SO REPORTED AND RECOMMENDED** this __11th__ day of April, 2012.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA



## Chatham County, GA
### Eastern Judicial Circuit of Georgia

**Home**    **Magistrate Court**    **Probate Court**    **State Court**    **Superior Court**    **Juvenile Court**    **Court Forms**    **Court Fees**

**April 09, 2012**     **Location: Case Details**        Input your search...



**CASE LOOKUP**

**COURT FORMS**

**COURT FEES**

**MAP & DIRECTIONS**

**JURY SERVICES**

**SITE SEARCH**

## Case Details

**State**
**VS.**
**HAGGINS, KENNETH**

- Case Events
- Charges
- Parties
- Proceedings

### Case Information

| | |
|---|---|
| **Court:** | Superior |
| **Case Number:** | CR102560 |
| **Case Type:** | MURDER |
| **Judge:** | JUDGE WALMSLEY |
| **Assistant District Attorney:** | ARVO HENIFIN |
| **Date Filed:** | 11/3/2010 |
| **Status:** | ACTIVE - |
| **Next Event:** | 5/7/2012 MOTION HEARING (MTH) |

### Defendant Information

| | |
|---|---|
| **Name:** | HAGGINS, KENNETH |
| **DIN:** | X0144327 |
| **Gender:** | MALE |
| **Race:** | AFRICAN AMERICAN |
| **Height:** | 67 |
| **Weight:** | 150 |
| **Eyes:** | BROWN |
| **Hair:** | BLACK |

Chatham County Sheriff X0144327

Click for large Picture

**Defendant History**

### Attorney Information
WILLIAM S LEWIS
540 EAST OGLETHORPE AVE
SAVANNAH, GA
31401

### Bondsman Information
N/A

### Case Events

| Date | Time | Code | Judge | Action |
|---|---|---|---|---|
| 9/10/2012 | 09:30AM | JURY TRIAL | WALMSLEY | RESCHEDULE EVENT |
| 9/4/2012 | 10:00AM | STATUS CONFERENCE HEARING | WALMSLEY | RESCHEDULE EVENT |
| 7/30/2012 | 09:30AM | JURY TRIAL | WALMSLEY | |
| 7/16/2012 | 10:00AM | STATUS CONFERENCE HEARING | WALMSLEY | |
| 5/7/2012 | 3:00PM | MOTION HEARING (MTH) | WALMSLEY | |
| 4/30/2012 | 09:30AM | JURY TRIAL | PERRY BRANNEN, JR. | RESCHEDULE EVENT |
| 4/23/2012 | 10:00AM | STATUS CONFERENCE HEARING | WALMSLEY | CANCELLED EVENT - CL |
| 3/26/2012 | 3:00PM | MOTION HEARING (MTH) | PERRY BRANNEN, JR. | |
| 2/13/2012 | 3:00PM | MOTION HEARING (MTH) | PERRY BRANNEN, JR. | RESCHEDULE EVENT |
| 2/13/2012 | 09:30AM | JURY TRIAL | PERRY BRANNEN, JR. | |
| 11/14/2011 | 09:30AM | JURY TRIAL | PERRY BRANNEN, JR. | RESCHEDULE EVENT |
| 11/14/2011 | 3:00PM | MOTION HEARING (MTH) | PERRY BRANNEN, JR. | RESCHEDULE EVENT |
| 9/26/2011 | 3:00PM | MOTION HEARING (MTH) | PERRY BRANNEN, JR. | RESCHEDULE EVENT |
| 9/26/2011 | 09:30AM | JURY TRIAL | PERRY BRANNEN, JR. | RESCHEDULE EVENT |
| 7/5/2011 | 09:30AM | JURY TRIAL | PERRY BRANNEN, JR. | RESCHEDULE EVENT |
| 5/16/2011 | 09:30AM | JURY TRIAL | PERRY BRANNEN, JR. | RESCHEDULE EVENT |
| 2/22/2011 | 12:00PM | PRETRIAL HEARING | PERRY BRANNEN, JR. | |
| 1/3/2011 | 12:00PM | PRETRIAL HEARING | PERRY BRANNEN, JR. | RESCHEDULE EVENT |
| 12/6/2010 | 10:00AM | CALENDAR CALL | PERRY BRANNEN, JR. | |

[Return to Top]

**Charges**

| Charge | Description | Counts | Severity | Charge Date | Disposition |
|--------|-------------|--------|----------|-------------|-------------|
| 16-5-1(C) | FELONY MURDER | 1 | FELONY | 11/3/2010 | |
| 16-5-21 | AGGRAVATED ASSAULT | 1 | FELONY | 11/3/2010 | |
| 16-7-23 | CRIMINAL DAMAGE TO PROPERTY 2ND DEGREE | 1 | FELONY | 11/3/2010 | |
| 16-11-106 | POSS FIREARM/KNIFE IN COMMITTING CRIME | 1 | FELONY | 11/3/2010 | |
| 16-11-126 | CARRYING A CONCEALED WEAPON | 1 | FELONY | 11/3/2010 | |
| 16-5-1(A) | MALICE MURDER | 1 | FELONY | 11/3/2010 | |
| 16-11-106 | POSS FIREARM/KNIFE IN COMMITTING CRIME | 1 | FELONY | 11/3/2010 | |

[Return to Top]

**Proceedings**

| | | | | | |
|---|---|---|---|---|---|
| 9/10/2012 | 09:30AM | JURY TRIAL | RESCHEDULE EVENT | WALMSLEY | |
| 9/4/2012 | 10:00AM | STATUS CONFERENCE HEARING | RESCHEDULE EVENT | WALMSLEY | |
| 7/30/2012 | 09:30AM | JURY TRIAL | | WALMSLEY | |
| 7/16/2012 | 10:00AM | STATUS CONFERENCE HEARING | | WALMSLEY | |
| 5/7/2012 | 3:00PM | MOTION HEARING (MTH) | | WALMSLEY | |
| 4/30/2012 | 09:30AM | JURY TRIAL | RESCHEDULE EVENT | PERRY BRANNEN, JR. | |
| 4/23/2012 | 10:00AM | STATUS CONFERENCE HEARING | CANCELLED EVENT - CL | WALMSLEY | |
| 3/29/2012 | | ORDER | | | ORDER ON DEFS PRO SE MOTION TO QUASH AND DISMISSINDICTMENT STRICKEN/ |
| 3/28/2012 | | PRETRIAL SCHEDULING ORDER | | | |
| 3/27/2012 | | SCHEDULING ORDER | | | |
| 3/26/2012 | 3:00PM | MOTION HEARING (MTH) | | PERRY BRANNEN, JR. | |
| 3/13/2012 | | PRO SE LETTER RECEIVED | | | AND MEMO/CC SA/ |
| 3/13/2012 | | MASTER LIST FOR WITNESSES | | | |
| 3/2/2012 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | DEMAND FOR PRODUCTION OF DOCUMENTS/ |
| 3/2/2012 | | MOTION - PRO SE MOTION | STRICKEN | | MOTION TO QUASH AND DISMISS INDICTMENT/CLERK CC SA/ |
| 2/22/2012 | | PRO SE LETTER RECEIVED | MOTION WITHDRAWN | | LETTER INFORMING COURT THAT WILL NO LONGERBE REPRESENTED BY PUBLIC DEFENDERS OFFICE/ |
| 2/13/2012 | 3:00PM | MOTION HEARING (MTH) | RESCHEDULE EVENT | PERRY BRANNEN, JR. | |
| 2/13/2012 | 09:30AM | JURY TRIAL | | PERRY BRANNEN, JR. | |
| 2/2/2012 | | MASTER LIST FOR WITNESSES | | | |
| 11/29/2011 | | ORDER | | | ORDER DENYING MOTION FOR PROCEEDING AS AN INDIVIDUAL PERSON/ |
| 11/14/2011 | 09:30AM | JURY TRIAL | RESCHEDULE EVENT | PERRY BRANNEN, JR. | |
| 11/14/2011 | 3:00PM | MOTION HEARING (MTH) | RESCHEDULE EVENT | PERRY BRANNEN, JR. | |
| 11/7/2011 | | MASTER LIST FOR WITNESSES | | | |
| 10/21/2011 | | ORDER | | | ORDER DENYING NOTICE OF DEF/ |
| 10/18/2011 | | ENTRY OF APPEARANCE | | | WILLIAM S LEWIS/ |

Case 4:12-cv-00093-WTM-GRS   Document 3   Filed 04/11/12   Page 6 of 7

| Date | Time | Event | | | Notes |
|---|---|---|---|---|---|
| 10/17/2011 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 10/17/2011 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | NOTICE OF INTENTION OF DEFENSE/DECLARATION BY DEF/ |
| 10/17/2011 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 10/17/2011 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 9/26/2011 | | ORDER | | | CASE CONTINUED/ |
| 9/26/2011 | 3:00PM | MOTION HEARING (MTH) | RESCHEDULE EVENT | PERRY BRANNEN, JR. | |
| 9/26/2011 | 09:30AM | JURY TRIAL | RESCHEDULE EVENT | PERRY BRANNEN, JR. | |
| 9/21/2011 | | NOTICE | | | FILED BY DEF/ |
| 9/16/2011 | | SUBPOENA DUCES TECUM | | | DET S YOUNG/ |
| 9/14/2011 | | MOTION - JACKSON DENNO | | | AMENDED MOTION TO SUPPRESS AND EXCLUDE ALL STATEMENTS OF DEF ADN DEMANDF OR JACKSON DENNO HEARING/ |
| 9/14/2011 | | MOTION - TO DISMISS | | | AMENDED MOTION TO DISMISS DUE TO DESTRUCTION OF MATERIAL AND EXCULPATORY EVIDENCE/ |
| 9/14/2011 | | MOTION - JACKSON DENNO | | | AMENDED MOTION TO SUPPRESS/ |
| 9/14/2011 | | SUBPOENA DUCES TECUM | | | TO DET S YOUNG/ |
| 9/13/2011 | | MASTER LIST FOR WITNESSES | | | |
| 9/13/2011 | | PETITION FOR BOND/NISI | | | LOWRY/ |
| 9/8/2011 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 9/8/2011 | | NOTICE | | | FILED BY DEF REPRESENTED BY LOWRY/ |
| 9/8/2011 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 9/7/2011 | | MASTER LIST FOR WITNESSES | | | |
| 8/29/2011 | | PRO SE LETTER RECEIVED | | | REQUESTING TRANSCRIPTS-NAN NOTED NO TRANSCRIPTS IN FILE/ |
| 8/23/2011 | | MOTION - TO DISMISS | | | MOTION TO DISMISS DUE TO DESTRUCTION OF MATERIAL AND EXCULPATORY EVIDENCE/ |
| 8/17/2011 | | PRO SE LETTER RECEIVED | | | REQUESTING TRANSCRIPTS-FORWARD TO NAN/ |
| 8/15/2011 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 8/10/2011 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 7/29/2011 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 7/6/2011 | | ENTRY OF APPEARANCE | | | LOWRY/ |
| 7/5/2011 | 09:30AM | JURY TRIAL | RESCHEDULE EVENT | PERRY BRANNEN, JR. | |
| 7/5/2011 | | ORDER | | | CASE CONTINUED/ |
| 6/28/2011 | | MEMORANDUM | | | MEMO FROM JUDGE IN RESPONSE TO PRO SE LETTER/ |
| 6/27/2011 | | PRO SE LETTER RECEIVED | | | |
| 5/16/2011 | 09:30AM | JURY TRIAL | RESCHEDULE EVENT | PERRY BRANNEN, JR. | |
| 4/7/2011 | | MEMORANDUM | | | MEMO IN SUPPORT OF LETTER TO OBTAIN MISSING DISCOVERY-FILED BY DEF/ |
| 4/7/2011 | | SEALED DOCUMENT | | | |

| Date | Time | Event | | Judge | Notes |
|---|---|---|---|---|---|
| 3/11/2011 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 2/22/2011 | 12:00PM | PRETRIAL HEARING | | PERRY BRANNEN, JR. | |
| 2/4/2011 | | STATE"S DISCOVERY DISCLOSURE | | | |
| 1/27/2011 | | CERTIFIED MAIL RECEIPT | | | |
| 1/21/2011 | | CONSOLIDATED MOTIONS PACKAGE | | | |
| 1/19/2011 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 1/10/2011 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 1/3/2011 | 12:00PM | PRETRIAL HEARING | RESCHEDULE EVENT | PERRY BRANNEN, JR. | |
| 12/30/2010 | | TRANSCRIPT RECEIVED | | | PRELIMINARY HEARING 10-6-10/ |
| 12/28/2010 | | MEMORANDUM | | | |
| 12/27/2010 | | PRO SE LETTER RECEIVED | MOOT | | |
| 12/6/2010 | 10:00AM | CALENDAR CALL | | PERRY BRANNEN, JR. | |
| 12/3/2010 | | CORRESPONDENCE | | | FROM JUDGE OFFICE-RETURNING PRO SE LETTER-DEF REPRESENTED BY COUNSEL/ |
| 12/3/2010 | | BOND ORDER | | | DENIED/ |
| 12/2/2010 | | PRO SE LETTER RECEIVED | | | |
| 11/29/2010 | | CORRESPONDENCE | | | FROM JUDGE OFFICE RETURNING SPEEDING TRIAL PRO SE LETTER-DEF REPRESENTED BY COUNSEL/ |
| 11/22/2010 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 11/19/2010 | | CORRESPONDENCE | | | FROM BRANNEN OFFICE/ |
| 11/17/2010 | | PRO SE LETTER RECEIVED | | | |
| 11/16/2010 | | PETITION FOR BOND/NISI | | | |
| 11/15/2010 | | BENCH WARRANT EXECUTED | | | |
| 11/5/2010 | | BENCH WARRANT ISSUED | | | |
| 11/4/2010 | | ENTRY OF APPEARANCE | | | TODD MARTIN/ |
| 11/3/2010 4:23:31 PM | | SCREENING | | | Initial Case Screening / Scanning |
| 11/3/2010 | | INDICTMENT | | | |

[Return to Top]

© Copyright 2012 - Chatham County Courts