U.S. DISTRICT COURT
SAVANNAH DIV.

2012 APR 23  PM 3:53

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KENNETH B. HAGGINS JR.,  )
                         )
     Petitioner,         )
                         )
v.                       )   CASE NO. CV412-093
                         )
SHERRIFF AL ST. LAWRENCE and )
CHATHAM COUNTY DETENTION )
CENTER,                  )
                         )
     Respondents.        )
                         )

ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which objections have been filed (Doc. 6). After a careful de novo review of the record, the Court concludes that Petitioner's objections are without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and the 28 U.S.C. § 2241 Petition is **DENIED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 23rd day of April 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA